GEORGE MANLEY v. THE CITY OF ATCHISON *et al.*

The case of *Challiss v. City of Atchison*, just decided, followed.

ACTION by *Manley* against *The City* and another, brought in the district court of Atchison county, to restrain the levy and collection of certain taxes, etc.

*Per Curiam:* This case is similar to that of *Challiss v. City of Atchison*, just decided; and for the reasons given in the opinion in that case, the judgment in this case is affirmed.